IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ESTELLE ARCHER | **2-19CR-153-Z** |

### INFORMATION

The United States Attorney Charges:

Count One
Theft of Public Money and Aiding and Abetting
(Violation of 18 U.S.C. §§ 641 and 2)

From in or about September 2002, and continuing to in or about June 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendant, ESTELLE ARCHER, aided and abetted by others known and unknown, in a matter within the jurisdiction, custody, and control of the United States Department of Agriculture (USDA), Federal Crop Insurance Corporation (FCIC), did knowingly and willfully embezzle, steal, purloin, and without authority convert to her own use and the use of another, property and a thing of value of the United States, to wit: federal crop insurance indemnities paid under the Federal Crop Insurance Program, the same being of a value of less than $1,000, by submitting false, fictitious, and fraudulent federal crop insurance policies to the FCIC, representing herself to be a producer for purposes of qualifying for the Federal Crop Insurance Program, knowing such policies to be false,

fictitious, and fraudulent, for as the defendant then well knew, she was not a producer for purposes of the Federal Crop Insurance Program, and was not entitled to receive said crop insurance indemnities.

In violation of Title 18, United States Code, Sections 641 and 2.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
Email:          paulina.jacobo@usdoj.gov